**2003–0294. State v. Worwell.**
Cuyahoga App. No. 80871, 2002-Ohio-6637. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2003–0308. State v. Bromwell.**
Hamilton App. No. C–010630. On motion for leave to file delayed appeal. Motion denied.

**2003–0310. State v. Griffin.**
Mahoning App. No. 01CA151, 2002-Ohio-6900. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2003–0367. Adams v. Am. Bus. Credit.**
Summit App. No. 21408. On motion for stay of court of appeals' judgment. Motion denied.

**2003–0377. McNulty v. PLS Acquisition Corp.**
Cuyahoga App. Nos. 79025, 79125 and 79195, 2002-Ohio-7220. On motion for stay of court of appeals' judgment. Motion denied.
MOYER, C.J., RESNICK and LUNDBERG STRATTON, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2002–1953. State v. Fitch.**
Cuyahoga App. No. 79937, 2002-Ohio-4891. Discretionary appeal allowed and cause held for the decisions in 2002–1879, *State v. Johnson,* Cuyahoga App. No. 80459, 2002-Ohio-4581, and 2002–1888, *State v. Jordan,* Cuyahoga App. No. 80675, 2002-Ohio-4587; briefing schedule stayed.
PFEIFER, J., dissents.

**2002–1989. Addie v. Linville.**
Cuyahoga App. Nos. 80547 and 80916, 2002-Ohio-5333. Discretionary appeal and cross-appeal allowed and cause held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502; briefing schedule stayed.
RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**2002–1993. State v. Quandt.**
Cuyahoga App. No. 80222, 2002-Ohio-4903. Discretionary appeal allowed on Proposition of Law No. II.
MOYER, C.J., and LUNDBERG STRATTON, J., concur but would allow all propositions of law.
F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.
Discretionary cross-appeal denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2002–1998. State v. Hairston.**
Franklin App. No. 01AP–1474.
RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–2025. Perrysburg Twp. v. Rossford.**
Wood App. Nos. WD–02–010 and WD–02–011, 149 Ohio App.3d 645, 2002-Ohio-5498, and 2002-Ohio-6364. Discretionary appeal allowed on Proposition of Law No. I.
LUNDBERG STRATTON, J., concurs but would also allow Proposition of Law No. II.
COOK, J., concurs but would allow all propositions of law.
F.E. SWEENEY and PFEIFER, JJ., dissent.
RESNICK, J., not participating.
Discretionary cross-appeal allowed on Proposition of Law No. I.
MOYER, C.J., and COOK, J., concur but would allow all propositions of law.
F.E. SWEENEY and PFEIFER, JJ., dissent.
RESNICK, J., not participating.